IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                    CASE NO: 08-40932
                                                                          CHAPTER 7

TRUINI, NANCY IRENE

        Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED
## FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 003 | Bay Medical Center<br>615 N. Bonita Avenue<br>Panama City, FL 32401 | $278.74 |

The check mailed at the above address on May 17, 2010 has been neither been returned by the Post Office or negotiated by the creditor.

Dated this 17th day of August, 2010

                                                  /s/ Sherry F. Chancellor
                                                  Sherry F. Chancellor, Trustee
                                                  619 West Chase Street
                                                  Pensacola, Florida 32502
                                                  (850) 436-8445
                                                  Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Bay Medical Center, 615 N. Bonita Avenue, Panama City, FL 32401 and Charles Edwards, Office of the U. S. Trustee, 110 East Park Avenue, #128, Tallahassee, Florida 32301 on this 17th day of August, 2010.

           /s/ Sherry F. Chancellor
           Sherry F. Chancellor, Trustee